

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-8-2003

# USA v. Thomas

Precedential or Non-Precedential: Non-Precedential

Docket 01-4283

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Thomas" (2003). *2003 Decisions.* Paper 893.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/893

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES OF AMERICA

v.

LISA THOMAS,
Appellant

_____

Appeal from the United States District Court
For the Eastern District of Pennsylvania
D.C. No.: 99-cr-00722-1
District Judge: Honorable J. Curtis Joyner

_____

Argued: October 15, 2002

Before: BECKER, <u>Chief</u> Judge, ROTH, and ROSENN, <u>Circuit</u> <u>Judges</u>.

(Opinion filed December 31, 2002)

_____

ORDER  AMENDING  OPINION

_____

The slip opinion in the above case is hereby amended as follows:

1.    On page 8, the first line of the first full paragraph, insert the word "only" after "considered."

2.    On page 8, in the first full paragraph, line 5, substitute "need" for "does."

3.    On page 10, line 8, insert " <u>Id.</u> at 351." after "promises."

4.    On page 16, footnote 4, line 5, delete "Furthermore" and begin the sentence with "Unlike."

5.    On page 23, line 4, remove the parenthesis before "cmt."

BY THE COURT:

 /s/ Max Rosenn
Circuit Judge

Dated: January 8, 2003